UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALENTE CARDONA OLAMENDI,
LUIS CARDONA OLAMENDI and
TOMAS CARDONA OLAMENDI,
individually and on behalf of all other
persons similarly situated,

    Plaintiffs,

v.                                            CASE NO: 8:07-cv-1803-T-26MAP

CHRISTINE H. GARCIA, d/b/a
C. GARCIA HARVESTING,

    Defendant.
_____/

**O R D E R**

Before the Court is Plaintiff's Motion for Declaration of Class Certification (Dkt. 10) and Defendant's Response. (Dkt. 12). After careful consideration of the Motion, the Response, and the entire file, the Court concludes that the Motion should be granted.

Having met the requirements of class certification under Federal Rule of Civil Procedure 23(a) and (b)(3),[1] the Plaintiffs must now provide notice to the members of the following class:

> All individuals admitted to the United States pursuant to Section 101(a)(15)(H)(ii)(a) of the Immigration and Nationality Act, 8 U.S.C. & 1101(a)(15)(H)(ii)(a) ("H-2A workers") who were employed by Christine H. Garcia, doing business as C. Garcia Harvesting, during the 2006-2007 southwest and south-central Florida citrus fruit harvest, from approximately December 9, 2006 through June 30, 2007.

---

[1] For another case involving "H-2A workers" in which class certification was granted, see Figueroa-Cardona v. Sorrells Bros. Packing Co., Inc., No. 2:05-cv-601FTM-99SPC, 2007 WL 672303 (M.D. Fla. Feb. 14, 2007).

The class applies only to counts II and III of the Complaint (Dkt. 1), and at this point, is believed to include 40 individuals who are dispersed geographically and lack proficiency in the English language. (Dkt. 10 at p. 2). Accordingly, Plaintiffs shall file a motion for this Court's approval of a proposed class notice to be served on each of the members of the class, via United States Mail, at each class member's permanent address. The Defendant shall provide Plaintiffs with the names and addresses of putative class members as reflected in any payroll records. After the Court's approval, the notice shall be served in both the English and Spanish languages.

It is therefore **ORDERED AND ADJUDGED** as follows:

(1) Plaintiffs' Motion for Declaration of Class Certification (Dkt. 10) is **GRANTED**.

(2) Plaintiffs shall prepare and file with the court no later than May 19, 2008, a proposed notice to be sent to the individual members of the class. In the event Plaintiffs and Defendant cannot agree on the form of the notice, Defendant shall file with the court any objections no later than May 29, 2008.

**DONE AND ORDERED** at Tampa, Florida, on April 29, 2008.

          s/*Richard A. Lazzara*
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record